AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) — Short Form |
| LATIA RODRIGUES | Case No. 19-M-1585 |
| | USM No. |
| | PRO SE |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 39 CFR 232-1(K)(1) | Failure to have Valid Sate Vehicle Inspection | 09/18/2019 | 1 |
| 39 CFR 232-5(K)(1) | Improper Parking | 09/18/2019 | 2 thru 6 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ | $ 530.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
PHILADELPHIA PENNSYLVANIA

09/18/2019
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

JACOB P. HART  U.S.M.J.
Name and Title of Judge

09/20/2019
Date